Opinion issued February 14, 2013



In The

# Court of Appeals

### For The

# First District of Texas

---

## NO. 01-12-00737-CV

---

### JAMES BRANDON CLINTON, Appellant

### V.

### RAPHIZA LOUZIERO, Appellee

---

### On Appeal from the 310th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-55986

---

## MEMORANDUM OPINION

Appellant, James Brandon Clinton, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are

required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2012), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2012) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). The filing fee was due on August 27, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.